Wescoat *v.* Wilson.

LAVINIA WESCOAT et al., appellants,

*v.*

JOHN R. WILSON et al., respondents.

[Filed November 17th, 1902.]

On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in *17 Dick. Ch. Rep. 177.*

*Mr. William M. Clevenger,* for the appellants.

*Mr. Clarence L. Cole,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, ADAMS, VOORHEES—11.

*For reversal*—None.